1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2720
   Facsimile:   (916) 554-2900
5

6  Attorneys for Defendant

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MATTHEW BONZANI, M.D. | Case No.  2:11-cv-00007 EFB |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR RESPONSE TO COMPLAINT BY DEFENDANT SCOTT HUNDAHL, M.D.; ORDER** |
| v. | |
| HONORABLE ERIC K. SHINSEKI, Secretary of Veterans Affairs, SCOTT HUNDAHL, M.D. | |
| Defendant. | |

STIPULATION AND ORDER                 1

The parties, by and through their respective counsel, hereby stipulate and agree that, with the Court's approval, defendant Scott Hundahl, M.D. may have an extension of time to respond to plaintiff's first amended complaint (Docket 9) from December 16, 2011 to and including January 4, 2012.

Respectfully submitted,

DATED:  December 13, 2011				BENJAMIN B. WAGNER
						United States Attorney

					By:	    */s/ Lynn Trinka Ernce*
						LYNN TRINKA ERNCE
						Assistant United States Attorney

DATED:  December 13, 2011	By:	       /s/ Joanne DeLong
						JOANNE DeLONG
						Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

DATED:  December 15, 2011

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE