BENJAMIN B. WAGNER
United States Attorneys
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:   (916) 554-2720

Attorneys for the
Secretary of Veterans Affairs
and Scott Hundahl, M.D.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BONZANI, M.D.,<br><br>            Plaintiff,<br><br>      v.<br><br>HONORABLE ERIC K. SHINSEKI, Secretary of Veterans Affairs; and SCOTT HUNDAHL, M.D.,<br><br>            Defendants. | Case No.  2:11-cv-00007 EFB<br><br>**EX PARTE APPLICATION FOR ORDER CONTINUING FINAL PRETRIAL CONFERENCE; ~~PROPOSED~~ ORDER** |

     Defendants Eric K. Shinseki, Secretary of Veterans Affairs, and Scott Hundahl, M.D., by and through their counsel, hereby move to continue the final pretrial conference and the deadline for the parties' joint pretrial statement and, in support, represent as follows:

     1.     At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.  That exception is not deemed to include most civil cases.

     2.     The undersigned Assistant U.S. Attorney, counsel for defendants in this action, was subject to the furlough effective October 1, 2013.  As of today, appropriations to the Justice Department have been restored, and the undersigned Assistant U.S. Attorney has returned to work.

3. In addition to being unable to work on the joint pretrial statement in this matter since October 1, 2013, the undersigned U.S. Attorney is scheduled to travel and attend training out-of-state the entire week of October 21-25, 2013.

4. Under these circumstances, defendants believe that good cause exists for the Court continue to the final pretrial conference and the deadline for the parties' joint pretrial statement to allow the parties to work together on their joint pretrial statement, particularly in light of the Court's order denying summary judgment, which was entered on September 30, 2013, the same day that government funding lapsed. Defendants propose the following dates:

|  | Old Date | New Date |
|---|---|---|
| Joint Pretrial Statement Due | October 30, 2013 | November 20, 2013 |
| Final Pretrial Conference | November 13, 2013 | December 4, 2013 |

5. Since defendants are not asking the Court to modify the trial date, modification of the scheduling order to continue the final pretrial conference and joint pretrial statement dates will not prejudice any party, and should not negatively impact the Court's schedule for this case, which would remain as follows:

| | |
|---|---|
| Motions in Limine Due | January 13, 2014 |
| Oppositions to Motions in Limine | January 20, 2014 |
| Reply Briefs to Motions in Limine | January 27, 2014 |
| Trial Briefs Due | January 28, 2014 |
| Trial Begins | February 11, 2014 |

6. Defendants' counsel notified plaintiff's counsel by email message this morning that defendants would be filing this continuance request.

Respectfully submitted,

DATED: October 17, 2013

BENJAMIN B. WAGNER
United States Attorney

By:    */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Date: October 22 2013

EDMUND F. BRENNAN
United States Magistrate Judge

Defendants' Ex Parte Application To
Continue Final Pretrial Conference     2