UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BONZANI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ERIC K. SHINSEKI, Secretary of Veterans Affairs; SCOTT HUNDAHL, M.D.,<br><br>　　　　Defendants. | No. 2:11-cv-0007-EFB<br><br><br>ORDER AFTER HEARING |

On March 5, 2014, the court heard defendants' motion to modify the scheduling order and for imposition of exclusionary sanctions pursuant to Rule 37(c)(1), ECF No. 83, defendants' motion for reconsideration of the court's January 8, 2014 order, ECF No. 85, and defendants' motion to compel discovery responses, ECF No. 87.

For the reasons stated on the record, defendants' motion to modify the scheduling order is granted; defendants' motion for exclusionary sanctions is granted in part to the extent that plaintiff is precluded from introducing at trial any evidence relating to emotional distress that was not produced during discovery; defendants' motion for reconsideration is denied; and defendants' motion to compel is denied.[1]

---

[1] Although the court found that the parties had failed to adequately meet and confer in relation to defendants' motion to compel, and therefore declined to address each discovery request in detail, the court used the opportunity to clarify its January 8, 2014 order that reopened

1

1       At the hearing, the court also addressed defendants' request for an order awarding
2   sanctions against plaintiff in the amount of $6,149.75 pursuant to the court's January 8, 2014
3   order. *See* ECF Nos. 80, 82, 84. For the reasons stated on the record, the court finds that the
4   amount requested is reasonable. Accordingly, plaintiff shall pay defendants $6,149.75 for the
5   costs and reasonable expenses incurred in bringing their November 20, 2013 motion for Rule
6   37(c)(1) sanctions. This sum shall be paid to defendants on or before October 20, 2014.
7       So Ordered.
8   DATED: March 6, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

27  discovery. The court made clear that defendants were entitled to discover evidence relating to
28  plaintiff's retirement benefits, including documents created after the original August 31, 2012 discovery cutoff date.

2