Joanne DeLong, CA SB #237161
2520 S Street #5
Sacramento, CA 95816
Phone: (916) 452-3410
E-mail: jrdelong0615@att.net

Mark A. Wasser, CA SB#060160
LAW OFFICE OF MARK A. WASSER
400 Capitol Mall, Suite 2640
Sacramento, CA  95814
Phone: (916) 444-6400
Fax: (916) 444-6405
E-mail: mwasser@markwasser.com

Attorneys for Plaintiff Dr. Matthew Bonzani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW BONZANI, M.D.**<br><br>Plaintiff,<br><br>vs.<br>**HONORABLE ERIC K. SHINSEKI, Secretary of Veterans Affairs; SCOTT HUNDAHL, M.D., Severally or, in the alternative, Jointly**<br><br>Defendants. | Case No.: 2:11-cv-00007-EFB<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S REQUEST FOR REDACTION<br><br>Date Action Filed: December 31, 2010<br>Trial Date: October 20, 2014<br>Judge: Hon. Edmund F. Brennan |

Good cause appearing, Plaintiff's request for redaction is granted.

IT IS HEREBY ORDERED that the document docketed as ECF No. 100-1 be stricken or entirely redacted.  Defendants' counsel shall re-file the document, redacting all Dates of Birth and Social Security numbers in conformance with Local Rule 141(a).

Dated:  June 6, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE