BENJAMIN B. WAGNER
United States Attorneys
LYNN TRINKA ERNCE
ALYSON BERG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814

Attorneys for the Acting
Secretary of Veterans Affairs
and Scott Hundahl, M.D.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BONZANI, M.D.,<br><br>         Plaintiff,<br><br>    v.<br><br>HONORABLE SLOAN D. GIBSON, Acting Secretary of Veterans Affairs; and SCOTT HUNDAHL, M.D.,<br><br>         Defendants. | Case No.  2:11-cv-00007 EFB<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT; ORDER** |

   NOTICE IS HEREBY GIVEN that, on July 29, 2014, Robert A. McDonald became the Secretary of Veterans Affairs.  Accordingly, pursuant to Fed. R. Civ. P. 25(d), Robert A. McDonald is substituted as defendant in place of Sloan D. Gibson for all further proceedings in this action.

DATED:  August 4, 2014

                              BENJAMIN B. WAGNER
                              United States Attorney

                        By:    */s/ Lynn Trinka Ernce*
                              LYNN TRINKA ERNCE
                              Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  August 4, 2014.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE

Notice of Substitution of Defendant; Order