BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
ALYSON BERG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814

Attorneys for the Secretary of Veterans Affairs
and Scott Hundahl, M.D.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BONZANI, M.D., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. McDONALD, Secretary of Veterans Affairs; and SCOTT HUNDAHL, M.D., <br><br> Defendants. | Case No.  2:11-cv-00007 EFB <br><br> **STIPULATION RE DEFENSE WITNESS BRIAN O'NEILL, M.D.** |

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree that defense witness former VA Director Brian O'Neill, M.D., shall be permitted to testify on the first day of trial, October 20, 2014, to accommodate a scheduling conflict.  He has a long-planned vacation beginning on October 21, 2014 during which he will be out of state for twelve days.

DATED:  August 29, 2014

BENJAMIN B. WAGNER
United States Attorney

By:    */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

DATED:  August 29, 2014

LAW FIRM OF JOANNE DELONG

By:    */s/ Joanne DeLong*
Joanne DeLong
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  September 19, 2014

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE