UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BONZANI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT A. McDONALD, Secretary of Veterans Affairs; SCOTT HUNDAHL, M.D.,<br><br>　　　　Defendants. | No. 2:11-cv-0007-EFB<br><br><br>ORDER |

On August 15, 2014, the court issued a final pretrial order. ECF No. 118. The order provided each party seven days from the date of the order to object to or request to augment the pretrial order. *Id*. at 17. Defendants filed objections to the pretrial order, requesting various changes be made, ECF No. 119, to which plaintiff has responded, ECF No. 120. After careful consideration of defendants' objections and plaintiff's response, the objections are overruled and defendants' request is denied.

So Ordered.

DATED: September 19, 2014.

　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE