UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BONZANI,<br><br>                    Plaintiff,<br><br>     v.<br><br>ROBERT A. McDONALD, Secretary of Veterans Affairs; SCOTT HUNDAHL, M.D.,<br><br>                    Defendants. | No.  2:11-cv-0007-EFB<br><br><br>ORDER |

This matter was before the court on October 15, 2014 for hearing on the parties' motions in limine. ECF Nos. 125, 131, 130, 132, 133, 134. Attorneys Joanne DeLong and Mark Wasser appeared on behalf of the plaintiff; attorney Lynn Ernce and Alyson Berg appeared on behalf of defendants. For the reasons stated on the record, the court ordered as follows:

1. Defendants' motion in limine number one is denied;

2. Defendants' motion in limine number two is denied;

3. Defendants' motion in limine number three is denied in part. The motion to exclude Dr. Baker is denied, and the court reserves ruling on the admissibility of plaintiff's trial exhibits numbers 7, 8, 105, 106, 107.

4. Defendants' motion in limine number four is granted as to defendants' request for a finding that plaintiff is not entitled to punitive damages and withdrawn in all other regards.

1

     5. Defendants' motion in limine number 5 is granted as to plaintiff's trial exhibit number 29. The court reserves ruling on the remaining issues raised in the motion.

     6. Plaintiff's motion in limine number one is denied.

     7. Plaintiff's motion in limine number two is granted.

     8. Plaintiff's motion in limine number three is denied.

     9. The court reserves ruling on plaintiff's motions in limine numbers 4 through 6.

DATED: October 17, 2014.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE